AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Dustin Ray Williams<br>DOB: ▇▇▇<br><br>*Defendant(s)* | Case: 1:23-mj-00186<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 7/28/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 1752(a)(1) - Knowingly Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4) - Violent Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in a Capitol Building or Grounds,
40 U.S.C. § 5104(e)(2)(F) - Violent Conduct in a Capitol Building or Grounds,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

▇▇▇▇▇▇▇▇▇▇▇▇
*Complainant's signature*

▇▇▇▇▇▇▇▇▇▇▇▇
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 07/28/2023

_____
*Judge's signature*

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*