AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00186 |
| Dustin Ray Williams | ) Assigned to: Judge Meriweather, Robin M. |
|  | ) Assign Date: 7/28/2023 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Dustin Ray Williams**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Violent Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(F) - Violent Conduct in a Capitol Building or Grounds;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

Date: 07/28/2023                                                     2023.07.28 12:14:45 -04'00'
                                                                         *Issuing officer's signature*

City and state:     Washington, D.C.              Robin M. Meriweather, U.S. Magistrate Judge
                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/31/2023, and the person was arrested on *(date)* 8/1/2023
at *(city and state)* Dallas, TX.

Date: 8/1/2023                                                        SA [signature]
                                                                          *Arresting officer's signature*

                                                                          SA ADAM POPE
                                                                          *Printed name and title*